KUTAK ROCK LLP
Kevin R. Huennekens, Trustee, VSB No. 18557
1111 East Main Street, Suite 800
Richmond, VA  23219-3500
(804) 644-1700

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:     FLORINE G. HARGROVE,<br><br>             Debtor. | Chapter 7<br>Case No. 04-41706 DOT |
| KEVIN R. HUENNEKENS, TRUSTEE<br>             Plaintiff.<br><br>v.<br><br>FLORINE G. HARGROVE,<br>             Defendant. | APN 05-03033 DOT |

## ORDER DENYING DISCHARGE OF FLORINE G. HARGROVE

THIS MATTER comes before the Court upon the motion of Kevin R. Huennekens (the "Trustee"), Trustee for the bankruptcy estate of Florine G. Hargrove, for judgment by default against Florine G. Hargrove (the "Defendant") pursuant to Rule 55 of the Federal Rules of Civil Procedure, as incorporated herein by Rule 7055 of the Federal Rules of Bankruptcy Procedure.

And it appearing to the Court that on May 6, 2005, the Clerk of this Court entered Default against the Defendant and that the Trustee now is entitled to judgment by default against the Defendant pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, and

After due consideration, it is ORDERED, ADJUDGED AND DECREED that:

1. The Trustee's Motion is hereby granted.

2. Judgment by default is granted in favor of the Trustee.

3. The discharge of Defendant, Florine G. Hargrove, is hereby DENIED pursuant to §727(a)(2), (3), (4) and (6).

4. Let the Clerk issue copies of this Order to the Trustee and to the parties on the attached Certificate of Service.

ENTERED: _____  _____
UNITED STATES BANKRUPTCY JUDGE

Order Submitted by:

/s/ Kevin R. Huennekens, Trustee
KUTAK ROCK LLP
Kevin R. Huennekens, VSB No. 18557
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
(804) 644-1700

## **CERTIFICATE OF SERVICE**

      Pursuant to the Local Rules of this Court, I certify under penalty of perjury that on June 2, 2005, I served a copy of the foregoing on all necessary parties by first class mail to:

Florine G. Hargrove
121 West 24th Street
Richmond, VA 23225

Joseph S. Massie, III, Esquire
116 North 3rd Street, Suite 300
Richmond, VA 23230

                                                /s/ Kevin R. Huennekens, Trustee